IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:95-cr-01007-MMP

GARY FLOWERS,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 318, Motion for Jail-Time Credits, filed by Defendant Flowers.  In his motion, Defendant seeks sixty-four days removed from his twelve-month sentence for time spent in federal custody while awaiting sentencing for his violation of supervised release.  As Defendant was incarcerated by the Florida Department of Corrections at that time, and received credit on his state sentence for the time spent in federal custody, the Court finds that Defendant is not entitled to any credit in his federal sentence.  Accordingly, Defendant's Motion for Jail-Time Credits, Doc. 318, is denied.

**DONE AND ORDERED** this   *30th* day of November, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge